NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MASTEROBJECTS, INC.,**
*Plaintiff-Appellant,*

**v.**

**GOOGLE INC.,**
*Defendant-Appellee.*

---

2014-1148

---

Appeal from the United States District Court for the Northern District of California in No. 4:11-cv-01054-PJH, Judge Phyllis J. Hamilton.

---

**JUDGMENT**

---

SPENCER HOSIE, Hosie Rice LLP, of San Francisco, California, argued for plaintiff-appellant. With him on the brief were DIANE SUE RICE and GEORGE F. BISHOP. Of counsel on the brief were LESLIE V. PAYNE, NATHAN J. DAVIS and ALDEN G. HARRIS, Heim, Payne & Chorush, LLP, of Houston, Texas.

DAN L. BAGATELL, Perkins Coie LLP, of Phoenix, Arizona, argued for defendant-appellee. Of counsel on the brief were JEFFREY J. TONEY, JONATHAN K. WALDROP and

DARCY L. JONES, Kasowitz, Benson, Torres & Friedman LLP, of Atlanta, Georgia; and STEVEN C. CARLSON and ROBERT P. WATKINS, III, of Redwood Shores, California.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PLAGER, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 10, 2014 | /s/  Daniel  E.  O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |